# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-cr-80-DBH |
| | ) | |
| JOANNE COVAIS, | ) | |
| Defendant | ) | |

## ORDER ON DEFENDANT'S MOTION TO ALLOW TELEPHONIC PARTICIPATION

Ms. Covais has requested once again to appear before this court telephonically, not in person. Renewed Defense Mot. to Allow Telephonic Participation (ECF No. 190). I **Deny** the request. She is charged with violating the terms of her probation and a telephonic appearance is not sufficient. It is obvious that there is no longer any point in having a so-called "compliance" hearing to impress upon Ms. Covais that she remains on Probation. I have already made that clear in my Order of June 9. Instead, it is time to bring an end to the continuing delays in this process (delays generally at the request of Ms. Covais's succession of lawyers) and proceed to a final hearing on the petition to revoke probation. The compliance hearing is cancelled and the Clerk's Office is directed to schedule a final revocation hearing. Ms. Covais **must** appear in person, failing which a bench warrant will issue for her arrest.

Ms. Covais has been through several attorneys, and now her most recent court-appointed lawyer, Neale Duffett, has moved to withdraw at her request. I

see absolutely no basis for such a withdrawal and I am not inclined to appoint still another lawyer. Attorney Duffett shall be prepared to defend Ms. Covais at the final revocation hearing. I will hear from her and him then as to whether there are some unapparent valid reasons for his withdrawal, but Ms. Covais shall be prepared to go forward then on the merits of the petition to revoke, either with Mr. Duffett's help as her lawyer or, if she chooses to represent herself, then with him as standby counsel at the court's request. And if there are any other legitimate issues to be resolved, such as competency or medical condition, I will address them at that hearing, but they will require satisfactory medical documentation.

The United States Marshal is directed to serve a copy of this Order on the defendant.

**SO ORDERED.**

**DATED THIS 24TH DAY OF JUNE, 2014**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**