# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 2:11-CR-80-DBH** |
| | ) | |
| **JOANNE COVAIS,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER ON DEFENDANT'S MOTION FOR A NEW JUDGE

The defendant's motion for a new judge (ECF No. 202) is **DENIED**. Ms. Covais has not shown any legitimate ground for her request. At the final revocation hearing later this week, however, I will hear any additional argument on the matter that her lawyer chooses to make or, if I deny her lawyer's motion to withdraw and she chooses to proceed without a lawyer, that she chooses to make. However, the revocation hearing will go forward and Ms. Covais must be present.

**SO ORDERED.**

**DATED THIS 7TH DAY OF JULY, 2014**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**