# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 2:11-CR-80-DBH |
| JOANNE COVAIS, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION FOR RELIEF

Following the filing of her notice of appeal from the sentence I imposed for violating conditions of Probation, the defendant Joanne Covais has filed two documents with this Court. The first, filed on July 22, 2014, is largely illegible, but one thing I can make out is that she is asking for a "new lawyer."

The second document, filed on July 24, 2014, asks for a transcript of her revocation hearing and an "investigation into my case."

I **DIRECT** the Clerk's Office to forward both these documents to the Court of Appeals for the First Circuit. Since Ms. Covais has taken an appeal, it is up to that court to appoint counsel for her. Once counsel is appointed, he/she can file the necessary document to obtain a transcript if one is required. It will also be up to that counsel and the Court of Appeals to decide what to do about Ms. Covais's request for an "investigation into my case." This court no longer has jurisdiction now that she has taken an appeal. Watchtower Bible and Tract Soc. of New York, Inc. v. Colombani, 712 F.3d 6, 11 (1st Cir. 2013) (quoting Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.")).

SO ORDERED.

DATED THIS 25TH DAY OF JULY, 2014

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**